# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAQUEL DE LOS ANGELES BARRANTES-SUAREZ,<br><br>Petitioner,<br><br>v.<br><br>TODD BLANCHE, *et al.*,<br><br>Respondents. | Case No. 5:26-cv-00772-JWH-PD<br><br>**ORDER GRANTING PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241**<br><br>**A# 246-302-962** |

Pursuant to 28 U.S.C. § 2241, and as stipulated by the parties, it is hereby **ORDERED** as follows:

1.    The Petition for Writ of Habeas Corpus in this action is **GRANTED**.

2.    Judgment shall be entered by the Court accordingly, for the same reasons and on the same terms provided in the Court's order granting the Preliminary Injunction.[1]

**IT IS SO ORDERED.**

Dated:___July 13, 2026_____

John W. Holcomb
UNITED STATES DISTRICT JUDGE

---

[1]    Ord. Granting Preliminary Injunction [ECF No. 15].

-2-