JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAQUEL DE LOS ANGELES BARRANTES-SUAREZ,<br><br>Petitioner,<br><br>v.<br><br>TODD BLANCHE, *et al.*,<br><br>Respondents. | Case No. 5:26-cv-00772-JWH-PD<br><br>**JUDGMENT**<br><br>**A# 246-302-962** |

Pursuant to the "Order Granting Petition and Entry of Judgment under 28 U.S.C. § 2241" entered substantially contemporaneously herewith,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Petition is **GRANTED**.

**IT IS SO ORDERED.**

Dated:      July 13, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE